UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,

    Petitioner,

    v.

STATE OF CALIFORNIA,

    Respondent.

Case No. 21-cv-02181-WHO (PR)

**ORDER OF DISMISSAL**

After petitioner Steven Wayne Bonilla filed a habeas petition, the Clerk sent him a a notice directing him to pay the filing fee or to file an application to proceed *in forma pauperis* (IFP). Bonilla has not complied with the Clerk's Notice. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Bonilla may move to reopen. Any such motion must contain (i) a complete application to proceed IFP, or (ii) full payment for the $5.00 filing fee.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED.**

**Dated:** May 24, 2021

_____
WILLIAM H. ORRICK
United States District Judge